**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **NATIONAL UNION FIRE INSURANCE** | § | **CIVIL ACTION NO. 3:11-CV-00830** |
| **COMPANY OF PITTSBURGH, P.A. and** | § | |
| **LBC BATON ROUGE, LLC.,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CHIEF JUDGE** |
| | § | **BRIAN A. JACKSON** |
| | § | |
| **SMITH TANK & STEEL, INC.,** | § | |
| **Defendant.** | § | **MAGISTRATE JUDGE** |
| | § | **RICHARD L. BOURGEOIS, JR.** |

**PERTAINS TO**:
*All Cases*

**REQUEST FOR ORAL ARGUMENT ON**
**DEFENDANT SMITH TANK & STEEL, INC.'S**
**MOTION TO EXCLUDE TESTIMONY (DKT. 51) AND**
**MOTION FOR SUMMARY JUDGMENT (DKT. 52)**

Defendant Smith Tank & Steel, Inc. ("Smith Tank") requests oral argument on its pending Motion to Exclude Testimony of Anthony Rudnicki and Fernando Lorenzo (Dkt. 51) and its Motion for Summary Judgment (Dkt. 52) (collectively, the "Motions"). The Motions establish that Smith Tank is entitled to judgment, as a matter of law, that NUFIC cannot prevail on any of its claims asserted. The Motions are important to the dispute between the parties, and Smith Tank respectfully believes that the Court will benefit from hearing oral argument on the issues presented in the Motions.[1]

---

[1]  To the extent that this Court grants oral argument, the undersigned represents that she will be in a final arbitration hearing from September 8 - 12, 2014, and respectfully requests that the hearing not be set on those dates.

Respectfully submitted,


By:  /s/ Courtney E. Ervin
        JAMES M. GARNER
        State Bar No. 19589
        PETER L. HILBERT, JR.
        State Bar No. 21137
        ASHLEY GREMILLION COKER
        State Bar No. 30446
        **SHER, GARNER, CAHILL, RICHTER, KLEIN & HILBERT, LLC**
        909 Poydras St., 28th Floor
        New Orleans, Louisiana 70112
        504-299-2100
        504-299-2300 – Fax
        jgarner@shergarner.com
        philbert@shergarner.com
        acoker@shergarner.com

            AND

        TIMOTHY MCCONN, T.A.
        Texas State Bar No. 24032713
        COURTNEY E. ERVIN
        Texas State Bar No. 24050571
        **ANDREWS KURTH LLP**
        600 Travis, Suite 4200
        Houston, Texas 77002
        713-220-4773
        713-238-7404 – Fax
        TimMcConn@andrewskurth.com
        CourtneyErvin@andrewskurth.com

**ATTORNEYS FOR DEFENDANT SMITH TANK & STEEL, INC.**

HOU:3465488.1

## <u>CERTIFICATE OF SERVICE</u>

On the 11th day of August, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Middle District of Louisiana, using the electronic case filing system of the Court.  The electronic case filing system sent a Notice of Electronic Filing to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

David L. Carrigee
John A. Stewart, Jr.
Stuart G. Richeson
Baldwin Haspel Burke & Mayer
3600 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163


/s/ *Courtney E. Ervin*
Courtney E. Ervin

-3-