UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.** and **LBC BATON ROUGE, LLC.,** Plaintiffs, | § § § § § | **CIVIL ACTION NO. 3:11-CV-00830** |
| VS. | § § § | **CHIEF JUDGE BRIAN A. JACKSON** |
| **SMITH TANK & STEEL, INC.,** Defendant. | § § § | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

**PERTAINS TO**:
*All Cases*

## ORDER GRANTING REQUEST FOR ORAL ARGUMENT

Pending before the Court is Defendant Smith Tank & Steel, Inc.'s request for oral argument on its pending Motion to Exclude Testimony of Anthony Rudnicki and Fernando Lorenzo (Dkt. 51) and its Motion for Summary Judgment (Dkt. 52). Having considered the request and any and all timely-filed responses and replies, the Court is of the opinion that Defendant's request for oral argument should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED that the Court will hear oral argument on Defendant Smith Tank & Steel, Inc.'s pending Motion to Exclude Testimony of Anthony Rudnicki and Fernando Lorenzo (Dkt. 51) and its Motion for Summary Judgment (Dkt. 52) at a date and time to be determined.

SIGNED this _____ day of _____, 2014.