UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and LBC BATON ROUGE, LLC. | * * | CIVIL ACTION NO.: 3:11-CV-00830 |
| Plaintiffs | * | CHIEF JUDGE BRIAN A. JACKSON |
| VERSUS | * | |
| SMITH TANK & STEEL, INC. Defendant | * | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

* * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

National Union Fire Insurance Company of Pittsburgh, PA ("NUFIC"), through undersigned counsel, respectfully requests that it be granted oral argument on its Motion to Exclude Testimony of Defendant's Expert Witness, Clifton Knight (R.Doc. 50). Both plaintiff and the defendant contemporaneously filed cross-motions to exclude each other's expert witnesses. Defendant also filed a motion for summary judgment based in large part on its motion to strike plaintiff's expert witness (R.Docs. 51 and 52). Defendant requested oral argument contemporaneously with the filing of its motions (R.Doc. 53) which was granted by this court (R.Doc. 58). Oral argument on those motions is currently scheduled for October 22 at 10:00 a.m. NUFIC believes the court would benefit from having oral argument on all three of the related motions and would respectfully request that it be granted oral arguments on its Motion to Exclude Testimony of Defendant's Expert Witness, Clifton Knight (R.Doc. 50).

WHEREFORE, NUFIC respectfully requests that it be granted oral argument on its motion and that the oral argument be scheduled for hearing on October 22, 2014 at 10:00 a.m.

                                            RESPECTFULLY SUBMITTED:

                                            /S/ Stuart G. Richeson
                                            DAVID L. CARRIGEE (3892)
                                            JOHN A. STEWART, JR. (8164)
                                            STUART G. RICHESON (23912)
                                            BALDWIN HASPEL BURKE & MAYER
                                            3600 ENERGY CENTRE
                                            1100 POYDRAS STREET
                                            NEW ORLEANS, LA 70163
                                            (504) 569-2900 Fax (504) 569-2099

## **CERTIFICATE**

I hereby certify that the foregoing pleadings has been filed with the Clerk of Court on this 16th day of September, 2014 using the EM/ECF System and service of this filing will be sent to all counsel of record by the Court's electronic filing system.

                                            /s/ Stuart G. Richeson