UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATIONAL UNION FIRE INSURANCE  *   CIVIL ACTION NO.: 3:11-CV-00830
COMPANY OF PITTSBURGH, PA and
LBC BATON ROUGE, LLC.          *
    Plaintiffs
                               *   CHIEF JUDGE BRIAN A. JACKSON

                               *
VERSUS

                               *
SMITH TANK & STEEL, INC.
            Defendant          *   MAGISTRATE JUDGE
                                   RICHARD L. BOURGEOIS, JR.

* * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the request for oral argument filed herein by National Union Fire Insurance

Company of Pittsburgh, PA;

IT IS HEREBY ORDERED that the motion to exclude testimony of defendant's expert

witness, Clifton Knight (R.Doc. 50) filed herein by National Union Fire Insurance Company of

Pittsburgh, PA be set for hearing with oral argument on October 22, 2014 at 10:00 a.m.

Baton Rouge, LA this __22__ of September, 2014.

_____
DISTRICT COURT JUDGE